<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7499**

ELLIS ERIC EVANS,

                Petitioner - Appellant,

      v.

M.L. RIVERA,

                Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District Judge.  (0:09-cv-01153-JFA)

Submitted:  November 19, 2009     Decided:  December 3, 2009

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ellis Eric Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Eric Evans, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition.  We have reviewed the record and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.  See Evans v. Rivera, No. 0:09-cv-01153-JFA (D.S.C. July 23, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2